Michael R. Tenerelli (SBN 78401)
*tenerelli.michael@dorsey.com*
Bryan M. McGarry (SBN 258156)
*mcgarry.bryan@dorsey.com*
Spencer C. Sneed (*pro hac vice*)
*sneed.spencer@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

Attorneys for Plaintiffs
DONALD R. SWORTWOOD, as Trustee for the Donald R. Swortwood Trust Dated July 7, 1995; LETITIA H. SWORTWOOD, as Trustee of the Letitia H. Swortwood Revocable Trust #1 Dated September 16, 1992; SCOTT PANCOAST and BENJAMIN GREENSPAN

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD R. SWORTWOOD, as Trustee for the Donald R. Swortwood Trust Dated July 7, 1995, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> TENEDORA DE EMPRESAS, S.A. DE C.V., a Mexico corporation, et al., <br><br> Defendants. | CASE NO. **3:13-CV-00362-BTM-BLM** <br><br> <u>District Judge</u> <br> Barry Ted Moskowitz <br> Dept. 15 <br><br> <u>Magistrate Judge</u> <br> Barbara Lynn Major <br> Dept. H <br><br> **PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON ALL SUMMARY JUDGMENT MOTIONS** <br><br> Action Filed: February 13, 2013 <br> Trial Date: None Set |

Pursuant to Judge Moskowitz's Civil Chambers Rules, Plaintiffs DONALD R. SWORTWOOD, as Trustee for the Donald R. Swortwood Trust Dated July 7, 1995; LETITIA H. SWORTWOOD, as Trustee of the Letitia H. Swortwood Revocable Trust #1 Dated September 16, 1992; SCOTT PANCOAST and BENJAMIN GREENSPAN (collectively, "Plaintiffs"), by and through their undersigned attorneys, respectfully request oral argument on all summary judgment motions filed by the parties on August 14, 2014.

Plaintiffs respectfully submit that oral argument may assist the Court because the pending motions concern different claims or parts of claims that arise from different transactions and occurrences during different timeframes. For example, Plaintiffs have filed discrete motions seeking to establish three separate claims or parts of claims: (1) the elements of Plaintiffs' claim for breach of fiduciary duty, which arises from Tenedora's dealings with Neology at or around the time it acquired the ChinaVest shares in late 2009 and early 2010, (2) the elements of Plaintiffs' claim for breach of the implied covenant of good faith and fair dealing, which arises from Tenedora's forced conversion of Plaintiffs' preferred shares to common shares in late 2011, and (3) the evidentiary fact that Tenedora breached the Securities Transfer Agreement, which arises from Tenedora's interactions with ChinaVest at or around the time it acquired the ChinaVest shares in late 2009 and early 2010.

/ / /

-2-

1  In addition, Plaintiffs respectfully submit that oral argument is appropriate
2  because resolution of the pending summary judgment motions will substantially
3  determine the need for trial or the scope of claims and issues to be tried in this case.

DATED: August 14, 2014        DORSEY & WHITNEY LLP

By: *s/ Spencer C. Sneed*
    Spencer C. Sneed
    sneed.spencer@dorsey.com
    Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

All Case Participants are registered for the USDC CM/ECF System

*Swortwood, et al v. Tenedora de Empresas, S.A. de C.V., et al*

*Southern District of California Case Number 3:13-CV-00362-BTM-BLM*

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON ALL SUMMARY JUDGMENT MOTIONS

I hereby certify that on August 14, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED:  August 14, 2014          DORSEY & WHITNEY LLP

By:  *s/ Spencer C. Sneed*
     Spencer C. Sneed