FILED

OCT 09 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONALD R. SWORTWOOD, as Trustee for Donald R. Swortwood Trust Dated July 7, 1995; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> TENEDORA DE EMPRESAS, S.A. DE C.V., <br><br> Defendant - Appellee. | No. 14-56626 <br><br> D.C. No. 3:13-cv-00362-BTM-BLM <br> Southern District of California, San Diego <br><br> ORDER |

    The appeal filed October 8, 2014 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

    The mediation questionnaire is due three days after the date of this order. If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter an official transcript of proceedings in the district court that will be included in the record on appeal.

    The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than November 5, 2014; the answering brief is due December 3, 2014, or 28 days after service of the opening brief, whichever is

TSP/MOATT

earlier; and the optional reply brief is due within 14 days after service of the answering brief.  *See* 9th Cir. R. 3-3(b).  The parties are reminded to submit electronically formatted excerpts of record along with their briefs and paper copies of the excerpts of record.  *See* http://www.ca9.uscourts.gov/content/view.php?pk_id=0000000639.

     Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute.  *See* 9th Cir. R. 42-1.

       FOR THE COURT:

       MOLLY C. DWYER
       CLERK OF COURT

       By: Tina Price
          Deputy Clerk